

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NATHAN WANE HERRINGTON,<br><br>      Defendant. | 2:06-CR-252-HDM-RJJ |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#22) on December 26, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Bank of America
Amount of Restitution: $8,168.00

Name of Payee: Town and Country Bank
Amount of Restitution: $2,380.00

**Total Amount of Restitution Ordered: $10,548.00**

Dated this 14 day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE