**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00252-HDM-RJJ |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| NATHAN WANE HERRINGTON, | ) | |
| Defendant. | ) | |

On March 6, 2017, the United States Supreme Court determined that *Johnson* does not apply to the Guidelines. *Beckles v. United States*, 580 U.S. —, — S. Ct. —, 2017 WL 855781 (Mar. 6, 2017). The defendant shall have until April 24, 2017, within which to advise the court why the decision in *Beckles* does not require this court to deny his § 2255 motion.

IT IS SO ORDERED.

DATED: This 24th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE